UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Michael A. Sweet : Case #: 05-71758
      Rebecca L. Adams Sweet

       : Chapter 13

       : Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: February 23, 2010          /s/ Frank M. Pees_____
                                           Frank M. Pees
                                           Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| CAPITOL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS GA 30091 | $73.47 |